UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT SLOAN,

    Plaintiff,                         Case No. 3:16-cv-161

vs.

REPACORP,                              Magistrate Judge Michael J. Newman
                                                       (Consent Case)

    Defendant.

_____

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' JOINT UNOPPOSED MOTION TO AMEND THE COURT'S CALENDAR ORDER (DOC. 21); AND (2) SETTING FORTH AN AMENDED CALENDAR**
_____

This civil consent case is before the Court on the parties' joint motion to amend the calendar. Doc. 21. For good cause shown, and absent opposition, the parties' joint motion is **GRANTED**. The Court sets forth the following amended calendar:

| | |
|---|---|
| Status conference by telephone:[1] | **February 5, 2018 at 3:00 p.m.** |
| Discovery deadline: | **March 5, 2018** |
| Dispositive motion deadline: | **April 9, 2018** |

Following the Court's ruling on summary judgment, if appropriate, the Court will schedule the final pretrial conference and trial.

The parties are reminded of their continuing duty to update their discovery responses pursuant to Fed. R. Civ. P. 26(e). This includes responses to initial disclosures pursuant to Rule 26(a), as well as interrogatories, requests for production, and requests for admission. Further, the discovery deadline means that all discovery must be concluded, as opposed to simply requested,

---

[1] For all status conference by telephone, counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the call.

by the discovery date.  Further, absent approval by the Court, there will be no continuation of discovery beyond the discovery deadline.  If counsel or the parties extend discovery by agreement, there will be no supervision or intervention by the Court, such as a Fed. R. Civ. P. 37 request for sanctions, without a showing of extreme circumstances.  Parties who undertake discovery beyond the discovery deadline do so at the risk the Court may not permit its completion before trial.

If the parties desire assistance, they are directed to contact the undersigned's courtroom deputy, Diane Marcus, at (937) 512-1640, in order to schedule a status conference.  Likewise, prior to filing motions to compel discovery, the parties are directed to call the undersigned's chambers, at this same telephone number, to schedule an informal discovery conference.  If the parties settle this case on their own, they shall inform the Court as soon as possible.

**IT IS SO ORDERED.**


Date:  August 28, 2017    s/ Michael J. Newman
　　　　　　　　　　　　　　　　　　　Michael J. Newman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge